THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN MULRANEY, Appellant.

· (Argued January 13, 1913; decided January 28, 1913.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered April 26, 1912, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Herbert R. Limburg* and *Ezra P. Prentice* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent,

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Absent: WILLARD BARTLETT, J.

---

GILES RANGER, Appellant, v. HELEN M. YATES et al., Respondents.

*Ranger* v. *Yates*, 140 App. Div. 918, affirmed.
(Argued January 14, 1913; decided January 28, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 17, 1910, affirming a judgment in favor of defendants entered upon the report of a referee in an action to recover money paid as part of the purchase price of land and for damages occasioned by the alleged failure of defendants to furnish a good title.

*H. H. Bacon* for appellant.

*Russell L. Kinsey* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.